AO 91 (Rev. 11/11)  Criminal Complaint

Berry, 3/27/14

**FILED**

MAR 28 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### for the

### Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  mo: 14-mJ-134 |
| Eric Warner CAWTHON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 27, 2014_____ in the county of _____Ector_____ in the

_Western_ District of _____Texas_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 United States Code 2422(b) | Attempted Enticement of a Minor |

This criminal complaint is based on these facts:

See attachment titled "AFFIDAVIT"

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Kris Knight, Special Agent HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____03/28/2014_____

_____
_Judge's signature_

City and state: _____Midland, Texas_____

United States Magistrate Judge
_Printed name and title_

**AFFIDAVIT**

I, Kris Knight, being duly sworn do hereby depose and state as follows:

I am a Special Agent of the Department of Homeland Security (DHS). I am currently assigned to the Homeland Security Investigations (HSI) office in Midland, Texas.

I am familiar with the information contained in this affidavit based both upon the investigation I have conducted and based on my conversations with other law enforcement officers involved in this investigation.

On March 27, 2014, Eric CAWTHON engaged in an electronic mail (e-mail), text message, and telephonic conversation with a person whom he believed was a fourteen year old girl (hereafter referred to as "the user"). Eric CAWTHON identified himself to the user, via e-mail, and said, "If your sti looking for some fun hit me up text me at 806 676 7597 and tell me what your looking for."

During the text message conversation that followed CAWTHON's e-mail, CAWTHON asked how old the user was. The user replied to CAWTHON that she was "14" and asked CAWTHON his age. CAWTHON told the user he was thirty (30). The user then told CAWTHON that she was, "about to be 15 soon." CAWTHON responded to the user and asked, "Do you have a picture." CAWTHON and the user exchanged pictures via e-mail. CAWTHON and the user continued their conversation via-text message. CAWTHON, referencing the picture he received, commented, "You look very pretty," and "I like your smile." During the conversation, CAWTHON asked, "How do I know that you are real and not one of those stings that the cops put on."

CAWTHON then engaged in a telephonic conversation with a person he believed to be a fourteen year old girl. During the conversation, CAWTHON said that he wanted to meet the girl and have her wear a skirt with no panties. He also stated that he would have the girl call him "daddy" and show her how to make a man feel good. CAWTHON stated that he wanted the girl to take off her clothes for him.

After talking on the phone, the user and CAWTHON agreed to meet at a truck stop in Odessa, Texas. CAWTHON said he had to meet at a truck stop because he was driving a charter bus. The user told CAWTHON that a friend would take her to Odessa, and CAWTHON offered to give the friend ten dollars for gas.

CAWTHON arrived at a pre-arranged meet location where he believed he would encounter a juvenile female. CAWTHON was driving a charter bus he told the user he would be in. After CAWTHON was placed in handcuffs, a search of his person revealed a ten dollar bill in his right hand.

CAWTHON was transported to the Department of Public Safety (DPS) office in Midland, Texas for an interview.

At the DPS Office, HSI Agent Knight introduced himself and gave CAWTHON his Miranda Warning. CAWTHON read his warning and initialed it stating that he understood his rights. CAWTHON also agreed to waive his rights and agreed to speak with Agent Knight.

During the interview CAWTHON told Agent Knight that he made a mistake and should have went home instead of meeting up with a girl he believed was fourteen years old. CAWTHON told Agent Knight that he believed the person he was talking to was a fourteen year old female and he initially planned to have sex with her after they met in person.

CAWTHON explained that he was in town as the driver of a charter bus that was transporting a baseball team, from a university in Oklahoma, that is here in town for a game.

Based on the foregoing your affiant submits that probable cause exists to believe that Eric Warner CAWTHON attempted to violate Title 18 United States Code, Sections 2422(b) Coercion and Enticement of a Minor.

The punishment range for violation of Title 18 United States Code, Section 2422(b) Coercion and Enticement of a Minor, is a 10-year mandatory minimum term of imprisonment, up to life; a 5-year mandatory minimum term of supervised release, a fine up to $250,000 and a $100 special assessment fee.

FURTHER AFFIANT SAYETH NAUGHT

Kris Knight, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 28th day of March, 2014

The Honorable David Counts
United States Magistrate Judge